UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIVIL ACTION NO.: 14 CV 4446

**WEBMD LLC**

V.

**Plaintiff**

**EVERYDAY HEALTH MEDIA LLC**

**Defendant**

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Rye Brook, New York

That on **6/20/2014** at **1:25 PM** at **345 Hudson St., 16th Floor, New York, NY 10014**

deponent served a(n) **Summons in a Civil Action, United States District Court Southern District of New York, Individual Practices of Judge Laura Taylor Swain, Electronic Case Filing Rules & Instructions, Plaintiff WebMD LLC's Complaint for Trademark Infringement, Unfair Competition and Dilution, Jury Trial Demanded, Civil Cover Sheet, AO 120 and Plaintiff WebMD LLC's Rule 7.1 Disclosure Statement**

on **Everyday Health Media LLC**, a foreign limited liability company,

by delivering thereat a true copy of each to **Claire F.** personally,

deponent knew said foreign limited liability company so served to be the foreign limited liability company described in said documents as said defendant and knew said individual to be **Authorized Agent** thereof.

Description of Person Served:
Gender : Female
Skin : White
Hair : Blonde
Age : 22 - 35 Yrs.
Height : 5' 4" - 5' 8"
Weight : 131-160 Lbs.
Other :

Sworn to before me this
23rd day of June, 2014

NOTARY PUBLIC
GABRIELA GALINDO
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01GA6187899
COMM EXP. 6/02/2016

Nicholas DiCanio
License No.1422308

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279