UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEBMD LLC,

          Plaintiff,

-against-                             14 Civ. No. 4446 (LTS)

EVERYDAY HEALTH MEDIA, LLC,

          Defendant.

## DEFENDANT EVERYDAY HEALTH MEDIA, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Defendant Everyday Health Media, LLC, by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 7.1, hereby certifies the following:

Everyday Health Media, LLC is a wholly-owned subsidiary of Everyday Health, Inc., a publicly-held corporation.

Dated: July 9, 2014
       New York, New York

**DAVIS & GILBERT LLP**
*Attorneys for Everyday Health Media, LLC*

By: _____
Neal H. Klausner
1740 Broadway
New York, New York 10019
Tel: (212) 468-4800
Fax: (212) 468-4888
nklausner@dglaw.com