

**D&G** | DAVIS & GILBERT LLP
ATTORNEYS AT LAW

1740 Broadway          T: 212.468.4800     www.dglaw.com
New York, NY 10019     F: 212.468.4888

Direct Dial: 212.468.4992
Personal Fax: 212.974.6934
Email: nklausner@dglaw.com

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED JUL 1 7 2014

July 9, 2014

**By ECF**

Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 12D
New York, NY 10007-1312

**MEMO ENDORSED**

Re:     *WebMD LLC v. Everyday Health Media, LLC*, No. 14-cv-4446 (LTS)

Dear Judge Swain:

We represent defendant Everyday Health Media, LLC ("Defendant") in the above-referenced action.  We write in accordance with Your Honor's Individual Practices to respectfully request an extension of Defendant's time to answer, move or otherwise respond to Plaintiff WebMD LLC's ("Plaintiff") complaint, from July 11, 2014 to July 31, 2014.

This is Defendant's first request for an extension.  Plaintiff's counsel, copied on this letter, has graciously consented to this request without objection.

Respectfully submitted,

*[signature]*

Neal H. Klausner

c:     Martin Gilmore, Esq. (via e-mail and ECF)

The requested extension is granted.

**SO ORDERED:**

*[signature]* 7/16/14
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE