UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
WEBMD LLC,                                :
                  Plaintiff,
                                          :
         v.
                                          :
EVERYDAY HEALTH MEDIA LLC,                      Civ. Action No. 14-4446
                                          :
                  Defendant.
                                          :   CERTIFICATE OF SERVICE

                                          :

                                          :

                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

I hereby certify that on the 18th day of July, 2014, a copy of the **Initial Conference Order** filed on July 17, 2014, was served via email on, and accepted by, Everyday Health Media LLC's attorney.

Dated: July 18, 2014                        /s/_Martin E. Gilmore
                                                Martin E. Gilmore