UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEBMD LLC,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>EVERYDAY HEALTH MEDIA, LLC,<br><br>　　　　　　Defendant. | 14 Civ. No. 4446 (LTS)<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that Brandie Lustbader of Davis & Gilbert LLP hereby appears as counsel for Defendant Everyday Health Media, LLC in the above-captioned action.

Dated:  July  24 2014
　　　　New York, New York

**DAVIS & GILBERT LLP**
*Attorneys for Everyday Health Media, LLC*

By: /s/ Brandie J. Lustbader
　　Brandie J. Lustbader
　　1740 Broadway
　　New York, New York  10019
　　Tel: 212.468.4821
　　Fax: 212.468.4888
　　blustbader@dglaw.com