UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

WebMD LLC     Plaintiff,

Case No. 1:14-cv-04446-LTS

-against-

Everyday Health Media LLC     Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Brandie Jill Lustbader__
FILL IN ATTORNEY NAME

My SDNY Bar Number is: BL 1093     My State Bar Number is 4919635

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Greenberg Traurig, LLP
            FIRM ADDRESS: Met Life Building, 200 Park Avenue, New York, NY
            FIRM TELEPHONE NUMBER: (212)-801-2260
            FIRM FAX NUMBER: Fax: (212)-224-6159

NEW FIRM:   FIRM NAME: Davis & Gilbert LLP
            FIRM ADDRESS: 1740 Broadway, New York, NY
            FIRM TELEPHONE NUMBER: 212-468-4880
            FIRM FAX NUMBER: Fax: 212 974-6934

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 7/24/2014

_____
ATTORNEY'S SIGNATURE