USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 5 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEBMD LLC,

    *Plaintiff,*

vs.

EVERYDAY HEALTH MEDIA LLC,

    *Defendant.*

Civil Action No. 1:14-cv-04446-LTS

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Mark G. Matuschak for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of New York and Massachusetts, and that his contact information is as follows:

    Mark G. Matuschak
    Wilmer Cutler Pickering Hale and Dorr LLP
    60 State Street
    Boston, MA 02109
    Tel: (617) 526-6559
    Fax: (617) 526-5000
    Email: mark.matuschak@wilmerhale.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for WebMD LLC in the above-captioned action,

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Docket entry # 14 is resolved.

Dated: September 12, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York