UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WebMD LLC,

                        **Plaintiff(s),**                        14-CV-04446 (LTS)(SN)

    -against-                                     **ORDER**

Everyday Health Media LLC,

                        **Defendant(s).**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On September 19, 2014, the Honorable Laura Taylor Swain referred this matter to my docket. The parties are directed to contact Courtroom Deputy Joseph Mendieta at (212) 805-0286 to schedule a settlement conference for a time when they believe it would be productive, but no later than December 3, 2014

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:         New York, New York
                 October 3, 2014