UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**WEBMD LLC,**

                    **Plaintiff,**

    -against-

**EVERYDAY HEALTH MEDIA LLC,**

                    **Defendant.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/2014

14-CV-04446 (LTS)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    On November 8, 2014, the parties appeared for a settlement conference. The following scheduling order is entered:

    A telephone conference is scheduled for Tuesday, November 25, 2014 at 4:00 p.m. to discuss any unresolved disagreements about the limited discovery discussed at today's settlement conference. At that time, the parties should jointly call Chambers, at (212) 805-0286, with all relevant individuals on the line. The parties shall submit letters to the Court by 10:00 a.m. on Tuesday, November 25, 2014 outlining any disputes that remain. If no disputes remain, the parties shall contact the Court as soon as possible to cancel the conference.

    A second telephone conference is scheduled for Thursday, December 18, 2014 at 4:00 p.m. to discuss the status of settlement negotiations. At that time, the parties should jointly call Chambers, at (212) 805-0286, with all relevant individuals on the line.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
                November 19, 2014