UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WEBMD LLC,

                                          Plaintiff,                      14-CV-04446 (LTS)(SN)

                -against-                                     **ORDER**

EVERYDAY HEALTH MEDIA LLC,

                                          Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The parties are directed to file a joint status letter by May 1, 2015. The letter should address the status of discovery. It should also indicate whether the parties wish to schedule a second settlement conference and, if so, include proposed dates on at least two consecutive weeks.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:       New York, New York
                  April 22, 2015