May 29, 2015

**By ECF**

Honorable Magistrate Judge Sarah Netburn
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Street
New York, NY 10007

Re:  *WebMD LLC v. Everyday Health Media LLC*, 1:14-cv-04446-LTS-SN (S.D.N.Y.)

Dear Judge Netburn:

This firm represents WebMD LLC ("WebMD").  I respectfully write on behalf of both parties, with the consent of Neal Klausner, counsel for Everyday Health Media LLC ("Everyday Health"), to provide the Court with an update on settlement and discovery pursuant to the Court's May 4, 2015 Order.  (Dkt. no. 27.)  The parties are now considering a draft settlement agreement and believe they are close to finalizing an agreement in principle.  Accordingly, in order to avoid unnecessary expense, the parties request that the Court stay discovery for an additional two weeks, until June 12, at which time the parties will submit a joint status letter if they have not filed a stipulation of dismissal.

Respectfully submitted,

/s/ Mark G. Matuschak

Mark G. Matuschak

---

The parties' request is GRANTED. The parties shall submit a joint letter to the Court by Friday, June 12, 2015, updating the Court on the status of settlement. Should the parties not reach a settlement by that time, the parties shall immediately resume document production. No further extensions will be granted absent compelling circumstances.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

New York, New York
May 29, 2015