# WILMERHALE

June 12, 2015

**Mark G. Matuschak**

+1 212 937 7226 (t)
+1 212 230 8888 (f)
mark.matuschak@wilmerhale.com

**By ECF**

Honorable Magistrate Judge Sarah Netburn
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Street
New York, NY 10007

Re:  *WebMD LLC v. Everyday Health Media LLC*, 1:14-cv-04446-LTS-SN (S.D.N.Y.)

Dear Judge Netburn:

This firm represents WebMD LLC ("WebMD").  I respectfully write on behalf of both parties, with the consent of Neal Klausner, counsel for Everyday Health Media LLC ("Everyday Health"), to provide the Court with an update on settlement and discovery pursuant to the Court's May 29, 2015 Order.  (Dkt. no. 29.)  The parties have finalized a confidential settlement agreement that their respective principals plan to execute early next week.  The parties will file a joint stipulation of dismissal soon thereafter.

On behalf of both parties, we appreciate your assistance with the mediation process and believe your active role was an important part of reaching this resolution.

Respectfully submitted,

/s/ Mark G. Matuschak

Mark G. Matuschak


cc: Counsel of Record