```
                                                    ┌─────────────────────────┐
                                                    │ USDC SDNY               │
                                                    │ DOCUMENT                │
                                                    │ ELECTRONICALLY FILED    │
            UNITED STATES DISTRICT COURT             │ DOC #:_____   │
            SOUTHERN DISTRICT OF NEW YORK            │ DATE FILED: 7/30/15     │
                                                    └─────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEBMD, LLC,

    Plaintiff,

v.                                        Case No. 1:14-cv-04446-LTS

EVERYDAY HEALTH MEDIA, LLC.,

    Defendant.

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all parties hereby dismiss, with prejudice, all claims and counterclaims asserted in this action, waiving all rights of appeal, and with each party to bear its own costs. The United States District Court for the Southern District of New York shall retain jurisdiction to enforce the June 12, 2015 Confidential Settlement Agreement and Release between WebMD, LLC and Everyday Health Media, LLC in the above-captioned action.

_____        _____

Mark G. Matuschak (*pro hac vice*)           Neal H. Klausner
Wilmer Cutler Pickering Hale and Dorr LLP    Davis & Gilbert LLP
60 State Street                                     1740 Broadway
Boston, MA 02109                               New York, NY 10019
Tel: (617) 526-6559                            Phone: (212) 468-4880
Fax: (617) 526-5000                            Facsimile: (212) 974-6934
mark.matuschak@wilmerhale.com            nklausner@dglaw.com

*Counsel for Plaintiff*                                *Counsel for Defendant*

Dated: June __, 2015 *[handwritten: July 30]*

SO ORDERED:

_____    ___7/30/2015___
United States District Judge    Date
*[handwritten: Magistrate Judge]*