```
                                                    ┌─────────────────────────────┐
                                                    │ USDC SDNY                   │
                                                    │ DOCUMENT                    │
                                                    │ ELECTRONICALLY FILED        │
                                                    │ DOC #: _____      │
           UNITED STATES DISTRICT COURT              │ DATE FILED: 7/30/15         │
           SOUTHERN DISTRICT OF NEW YORK             └─────────────────────────────┘
```

WEBMD, LLC,

    Plaintiff,

v.                                                     Case No. 1:14-cv-04446-LTS

EVERYDAY HEALTH MEDIA, LLC.,

    Defendant.

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all parties hereby dismiss, with prejudice, all claims and counterclaims asserted in this action, waiving all rights of appeal, and with each party to bear its own costs. The United States District Court for the Southern District of New York shall retain jurisdiction to enforce the June 12, 2015 Confidential Settlement Agreement and Release between WebMD, LLC and Everyday Health Media, LLC in the above-captioned action.

_____      _____

Mark G. Matuschak (*pro hac vice*)      Neal H. Klausner
Wilmer Cutler Pickering Hale and Dorr LLP      Davis & Gilbert LLP
60 State Street      1740 Broadway
Boston, MA 02109      New York, NY 10019
Tel: (617) 526-6559      Phone: (212) 468-4880
Fax: (617) 526-5000      Facsimile: (212) 974-6934
mark.matuschak@wilmerhale.com      nklausner@dglaw.com

*Counsel for Plaintiff*      *Counsel for Defendant*

Dated: June __, 2015  [handwritten: July 30]

SO ORDERED:

_____  ____7/30/2015_____
United States District Judge [handwritten: Magistrate Judge]     Date